UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HILDA MONTERO RIVERA,

                Plaintiff,

         *– against –*

THE ESTATE OF HECTOR M. RUIZ,
SR., HECTOR M. RUIZ, JR., ROSA
RUIZ ARROYO, VICTORIA RUIZ, LAW
OFFICES OF JOSEPH A. CAROFANO,
PC, and JOSEPH CAROFANO,

                Defendants.

**ORDER**

16 Civ. 7328 (ER)

RAMOS, D.J.:

      The parties are directed to appear for a telephonic status conference on Tuesday,

September 29, 2020 at 10:00 AM.  The parties are directed to call the Court at (877) 411-

9748; access code:  3029857#.

It is SO ORDERED.

Dated:   August 31, 2020
         New York, New York

                                    EDGARDO RAMOS, U.S.D.J.